UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES HAMPTON,

    Plaintiff,                      Hon. Hala Y. Jarbou

v.                                   Case No. 2:21-cv-87

T. SNOW, et al.,

    Defendants,
_____/

## **ORDER**

This is a civil rights action brought by a pro se plaintiff under 42 U.S.C. § 1983. On November 12, 2021, an early mediation conference took place involving plaintiff at which time the parties could not come to a settlement. (ECF No. 9). The parties continued to discuss settlement following mediation and on November 23, 2021, reached a full and final settlement in this matter. (ECF No. 11). Accordingly,

    **IT IS ORDERED** that this case be **DISMISSED**.

    **IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by James Hampton #856227, shall be waived, and the MDOC shall no longer collect plaintiff's remaining filing fee.

    **IT IS SO ORDERED**.

Date: December 9, 2021                                         /s/ Hala Y. Jarbou
                                                                   HALA Y. JARBOU
                                                                   UNITED STATES DISTRICT JUDGE